IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONGINOS MARROQUIN,

    Plaintiff,                                               No. CIV 2:12-cv-2660 JAM AC PS

    vs.

J.P. MORGAN CHASE BANK,

    Defendant.                                   FINDINGS & RECOMMENDATIONS

_____/

        By order signed January 14, 2013, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised

1

1  that failure to file objections within the specified time may waive the right to appeal the District

2  Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

3  DATED: February 19, 2013.

```
                                    /s/ Allison Claire
                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE
```

9  /mb;marr2660.fta